■ In the Matter of TOCQUEVILLE ASSET MANAGEMENT L.P., Petitioner, v NEW YORK CITY TAX APPEAL TRIBUNAL et al., Respondents. [33 NYS3d 891]—

Determination of respondent Tax Appeals Tribunal of the City of New York, dated May 29, 2015, affirming an administrative deficiency notice disallowing an unincorporated business deduction claimed by petitioner for calendar year 2005, unanimously confirmed, without costs, the petition denied, and the proceeding commenced in this Court pursuant to CPLR 506 (b) (4) and article 78 dismissed.

Petitioner failed to establish its entitlement to the specific deduction it claims (Administrative Code of City of NY § 11-529 [e]). The Tax Appeals Tribunal's determination that the claimed deduction is nondeductible under Administrative Code § 11-507 (3) and 19 RCNY 28-06 (d) (1) (i) (A) is supported by substantial evidence and has a rational basis in the law. No exception applies to make the claimed deduction properly deductible. Concur—Sweeny, J.P., Acosta, Feinman, Kapnick and Kahn, JJ.